# Exhibit B

| | |
|---|---|
| **From:** | Robert Kuntz |
| **To:** | Victor Careaga |
| **Cc:** | Angelica Mecias |
| **Subject:** | Setting your deposition |
| **Date:** | Monday, January 30, 2023 6:02:34 PM |

Mr. Careaga:

After our cordial chat this morning, when you told me to expect to hear from you with a date certain for your deposition before the close of today's business, I was disappointed to get to 1800 with no word from you.

Because time is of the essence in this matter, we will not be delayed in setting down your deposition. But in hopes that we may continue on a cordial basis, I'll allow you one more day to revert to us with a date. (We had proposed 1 March, but your suggestion of 3 March would certainly be acceptable.) If, however, we haven't settled on a date by this time tomorrow, we will have recourse but to ask Judge Lenard to intervene, setting forth in full our efforts to date.

I look forward to hearing from you.

### RIVERO MESTRE

**Robert Kuntz**
Partner
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 **|** (D) (786) 746-8209
(C) (786) 942-7759 **|** (F) (305) 445-2505
rkuntz@riveromestre.com
www.riveromestre.com **|** Bio **|** LinkedIn **|** Vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.