# Exhibit G

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 22-21115-MC-LENARD

IN RE MATTER OF THE EX PARTE
APPLICATION OF THE RENCO GROUP INC.
AND THE DOE RUN RESOURCES CORP.
FOR AN ORDER TO TAKE DISCOVERY
PURSUANT TO 28 U.S.C. 1782,

          Applicants.
                                         /


                CERTIFICATE OF NONAPPEARANCE
          In Re: Deposition of Victor Careaga

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

   I, Elena Diaz, Court Reporter, do hereby certify
that I was present at the offices of Rivero Mestre, LLP,
2525 Ponce De Leon Boulevard, Suite 1000, Coral Gables,
Florida 33134, on March 7, 2023, at 10:00 a.m., for
the purpose of reporting the deposition of Victor
Careaga, scheduled to begin at 10:00 a.m.; that Robert
Kuntz, Esquire; Angelica Mecias, Esquire; Crystal
Saling, Esquire; Vytenis Didziulis; Roxana Mendez,
Videographer; Robert Jenkins (via video teleconference);
and Debra Selinger (via video teleconference) were
present; and that Victor Careaga did not appear by
10:40 a.m.

   Under penalties of perjury, I declare that I have
read the foregoing certificate and that the facts stated
in it are true.

   Dated this 7th day of March, 2023.


                ELENA DIAZ, COURT REPORTER
                U.S. Legal Support, Inc.
                One S.E. Third Avenue, Suite 2500
                Miami, Florida 33131