UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21115-CIV-LENARD/LOUIS

IN RE: THE RENCO GROUP INC.
AND THE DOE RUN RESOURCES
CORPORATION
_____/

**OMNIBUS ORDER DENYING APPEALS OF INTERVENORS (D.E. 81, 82)**

**THIS CAUSE** is before the Court on the Appeal from the Magistrate Judge's Order Denying Halpern's Motion for Protective Order (D.E. 81) ("Halpern Appeal") filed by Intervenor Halpern Santos & Pinkert, P.A. ("Halpern") and the Appeal from Order Denying Intervenors' Motion for Protective Order (D.E. 82) ("Rodriguez/Napoli Appeal") filed by Intervenors Rodriguez Tramont & Nuñez, P.A. ("Rodriguez") and Napoli Shkolnik PLLC ("Napoli"). Halpern, Rodriguez, and Napoli filed their Appeals on the Magistrate Court's Order Regarding Assertions of Privilege (D.E. 78) ("Magistrate Order"). The Renco Group Inc. and the Doe Run Resources Corporation ("Petitioners") filed an Omnibus Response to Intervenors' Appeals of Magistrate Judge's Order (D.E. 83) ("Response") in response to the Halpern Appeal and the Rodriguez/Napoli Appeal. The matter is now ripe for consideration. Having considered both Appeals, the Response, the docket, and being otherwise fully advised in the premises, the Court finds as follows.

The standard of review for a district court hearing an appeal of a magistrate judge's decision on a non-dispositive issue is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). As described by the 11th Circuit, "the Clear error is a highly deferential standard of review... "a finding is 'clearly erroneous' when although there is

evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed.'"" Holton v. City of Thomasville Sch. Dist., 425 F.3d 1325, 1350 (11th Cir. 2005).

The Halpern Appeal and the Rodriguez/Napoli Appeal both fail to assert sufficient facts or legal argument to overcome the inherently deferential standard of review. Further, the Court finds no error in the Magistrate Order. Accordingly, it is

**ORDERED AND ADJUDGED** that the Halpern Appeal (D.E. 81) and the Rodriguez/Napoli Appeal (D.E. 82) are **DENIED.** A detailed Opinion providing the Court's reasoning on the denial the Halpern Appeal and the Rodriguez/Napoli Appeal is forthcoming.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of September, 2024.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**