**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-cv-21115-JAL

IN RE MATTER OF THE *EX PARTE*
APPLICATION OF THE RENCO GROUP
INC. AND THE DOE RUN RESOURCES
CORPORATION FOR AN ORDER TO
TAKE DISCOVERY PURSUANT TO
28  U.S.C. § 1782

      Petitioners.

_____/

**PETITIONERS' STATUS REPORT AND**
**MOTION TO CONTINUE STAY OF PROCEEDINGS**

The Renco Group, Inc. and The Doe Run Resources Corporation's  (collectively "the Companies") submit this report in accord with the Order entered by Magistrate Judge Lauren F. Louis on November 14, 2025, (ECF No. 208) granting the Companies' expedited motion to stay these proceedings . Since the November 14 Order, the parties have made the following filings.

The Companies filed an expedited motion for an Order granting the voluntary dismissal of  their § 1782 application under Federal Rule of Civil Procedure 41(a)(2) on November 25, 2025. ECF No. 211. Intervenor Halpern Santos & Pinkert, P.A. ("Halpern") opposed the relief sought in the motion.

Concurrently, the Companies filed a motion to continue oral arguments before the Eleventh Circuit Court of Appeals. 11th Cir. ECF. No. 80.  Intervenor Halpern filed a response in opposition on November 26, 2025. 11th Cir. ECF. No. 81. The Companies replied on December 1, 2025 (11th Cir. ECF. No. 82) and on December 2, 2025, the Eleventh Circuit denied the Companies' continuance. 11th Cir. ECF. No. 83.

The same day the Eleventh Circuit denied continuance, this Court issued a paperless

Order requiring an expedite response from "any party who opposes" the Companies' voluntary dismissal of the § 1782 application, to be filed no later than December 5, 2025. ECF No. 212. *Pro se* respondent Careaga did not file a response. Intervenors Rodriguez Tramont & Nuñez, P.A. and Napoli Shkolnik PLLC ("Rodriguez/Napoli") responded to say they did not oppose the dismissal. ECF No. 214. Intervenor Halpern responded opposing the Companies' motion. ECF No. 213.

The Companies replied in support of their motion for an order of voluntary dismissal on December 5, 2025 (ECF No. 215) and, on December 8, 2025, this Court denied the Companies' motion. ECF No. 216.

On December 4, 2025, the Companies filed a motion to waive their oral argument before the Eleventh Circuit in accord with Local Rule 11CCA Rule 34-4(b). 11th Cir. ECF. No. 84. The Eleventh Circuit denied the Companies' motion. 11th Cir. ECF. No. 85.

On December 9, 2025, intervenor Rodriguez/Napoli filed a suggestion of mootness with the Eleventh Circuit. 11th Cir. ECF. No. 86. Oral arguments were heard before the Eleventh Circuit panel on December 10, 2025. During oral arguments, intervenors Rodriguez/Napoli moved to dismiss their appeal *ore tenus* while Halpern decided to proceed with its appeal. 11th Cir. ECF. No. 87.

Jurisprudentially, the status of the Companies' § 1782 action has not changed since the stay was entered. Intervenor Halpern continues pursuing an appeal of this Court's Orders 78, 98 and 106, the basis upon which this Court denied the Companies' motion to dismiss. Accordingly, the Companies respectfully request that the § 1782 action continue to be stayed pending a determination from the Eleventh Circuit.

Date:  December 15, 2025

Respectfully submitted,

**RIVERO MESTRE LLP**
*Counsel for The Renco Group, Inc. and*
*The Doe Run Resources Corporation*
2525 Ponce de Leon Blvd.
Suite 1000,
Miami, Florida 33134
Telephone: (305) 445-2500
Email:  rkuntz@riveromestre.com
amalave@riveromestre.com
strujillo@riveromestre.com

By: */s/ Robert J. Kuntz*
Robert J. Kuntz, Jr.
Florida Bar No. 94668
Ana C. Malave
Florida Bar No. 83839
Sylmarie Trujillo
Florida Bar No. 112768

## CERTIFICATE OF SERVICE

I certify that on December 15, 2025, I electronically filed this notice with the Clerk of the Court using CM/ECF. I also certify that this notice is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF and via email to pro se party Victor A. Careaga at victoracareaga23@gmail.com.

By: */s/ Robert J. Kuntz, Jr.*
Robert J. Kuntz, Jr.

3